IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                    3:08cr51/LAC
                                                        3:10cv283/LAC/MD

AWALD POKRANT

## **REPORT AND RECOMMENDATION**

This cause is before the court on referral from the clerk. Defendant filed a motion to vacate, set aside, or correct sentence by a person in federal custody pursuant to 28 U.S.C. § 2255 (doc. 13). On October 5, 2010 defendant was ordered to submit one service copy of his motion, or payment in the amount of $5.50 to cover the cost of copying his 11 page motion, within twenty-eight (28) days (doc. 14). This order was returned marked "Return to Sender, No Longer at this Address." (Doc. 15) Although the defendant had not filed a notice of change of address, the clerk was instructed to re-send a copy of the order to defendant's correct address, which the clerk ascertained through the Bureau of Prisons website. After receiving no response from defendant, the court entered an order to show cause on why the case should not be dismissed for his failure to comply (doc. 17). To date, defendant has failed to respond to any orders and it appears he has abandoned his motion.

Accordingly, it is respectfully RECOMMENDED:

That defendant's motion to vacate, set aside, or correct sentence (doc. 13) be denied without prejudice.

At Pensacola, Florida, this 25th day of January, 2011.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636;** ***United States v. Roberts****,* **858 F.2d 698, 701 (11th Cir. 1988).**