IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                      3:08cr51/LAC
                                                             3:10cv283/LAC/MD

AWALD POKRANT
_____

### ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on January 25, 2011, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The defendant's motion to vacate, set aside, or correct sentence (doc. 13) is denied without prejudice.

DONE AND ORDERED this 23rd day of February, 2011.

                                           s/*L.A. Collier*
                                           **LACEY A. COLLIER**
                                           **SENIOR UNITED STATES DISTRICT JUDGE**